EXHIBIT A

| Title of Work | Copyright Registration Number | Infringing Link |
|---|---|---|
| After Sunbathing | PA0001922447 | http://www.sexseevideo.net/1551/sexart-mima-a-after-sunbathing/ |
| Approaching | PA0001922433 | http://www.sexseevideo.net/10444/sexart-luna-and-whitney-conroy-approaching/ |
| Book of Love | PA0001922654 | http://www.sexseevideo.net/6096/sexart-victoria-blaze-book-of-love/ |
| Cybersex | PA0001917321 | http://www.sexseevideo.net/4507/sexart-sandra-luberec-cybersex/ |
| Darkness In My Mind | PA0001922667 | http://www.sexseevideo.net/3328/sexart-eveline-neill-darkness-in-my-mind/ |
| Kamasutra | PA0001922480 | http://www.sexseevideo.net/10112/sexart-ashley-woods-kamasutra/ |
| Make Me Happy | PA0001922499 | http://www.sexseevideo.net/1198/sexart-lorena-b-and-miela-a-make-me-happy/ |
| Our Time | PA0001923133 | http://www.sexseevideo.net/2566/sexart-amirah-abada-our-time/ |
| Right Now | PA0001922630 | http://www.sexseevideo.net/3538/sexart-connie-carter-right-now/ |
| Room No 023 | PA0001922625 | http://www.sexseevideo.net/325/sexart-victoria-blaze-room/ |
| Spanglish | PA0001922536 | http://www.sexseevideo.net/2759/sexart-samantha-bentley-spanglish/ |
| Sunny Morning | PA0001922541 | http://www.sexseevideo.net/532/sexart-conny-carter-sunny-morning/ |
| The Game VIII - Winner Takes All | PA0001922549 | http://www.sexseevideo.net/9139/sexart-the-game-part-8-winner-takes-all/ |
| True Love | PA0001922436 | http://www.sexseevideo.net/3205/sexart-dido-a-true-love/ |
| Wild Girl II | PA0001922446 | http://www.sexseevideo.net/4866/sexart-isabella-chrystin-wild-girl-2/ |
| You And Me | PA0001916853 | http://www.sexseevideo.net/10115/sexart-lorena-b-and-mia-knox-you-and-me/ |